AO 106 (Rev. 04/010) Application for Search Warrant        AUTHORIZED AND APPROVED/DATE: AUSA Jackson D. Eldridge 01-11-2024

# UNITED STATES DISTRICT COURT
for the
### WESTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of  )
*(Briefly describe the property to be search* )
*Or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH THE )   Case No: MJ-24- 32-AMG
CELLULAR DEVICE ASSIGNED CALL )
NUMBERS (405) 541-9014 AND )
(405) 655-3040 STORED AT PREMISES )
CONTROLLED BY VERIZON )

FILED JAN 11 2024 CARMELITA REEDER SHINN, CLERK U.S. DIST. COURT, WESTERN DIST. OKLA. BY _____ DEPUTY

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property *(identify the person or describe property to be searched and give its location)*:

See Attachment A, which is attached and incorporated by reference.

Located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim.P.41(c) is *(check one or more)*:
- ☒ evidence of the crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft or Receipt of Stolen Mail |
| 18 U.S.C. § 1028 | Fraud and Related Activity in Connection with Identification Documents, Authentication Features and Information |

The application is based on these facts:

See attached Affidavit of Postal Inspector Christopher Nicholson, United States Postal Inspection Service, which is incorporated by reference herein.

☒ Continued on the attached sheet(s).
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

*Applicant's signature*

Christopher Nicholson
Postal Inspector
United States Postal Inspection

Sworn to before me and signed in my presence.

Date: 1/11/2024

City and State: Oklahoma City, Oklahoma

*Judge's signature*

Amanda Maxfield Green, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICES ASSIGNED CALL NUMBERS (405) 541-9014 AND (405) 655-3040 STORED AT PREMISES CONTROLLED BY VERIZON | Case No. MJ-24-<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Christopher Nicholson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with two cellular telephones assigned call numbers **(405) 541-9014** and **(405) 655-3040**, the "**SUBJECT PHONES**," that is stored at premises controlled by **VERIZON**, a wireless telephone service provider headquartered at 1095 Avenue of the Americas, New York, New York, and legal processing offices located at 180 Washington Valley Road, Bedminster, NJ. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require **VERIZON** to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

1

2. I am an Inspector with the United States Postal Inspection Service (USPIS), and I have been since December 2021. I am currently assigned to the USPIS Fort Worth Division domiciled in Oklahoma City, Oklahoma. I am responsible for conducting investigations of crimes against the United States Postal Service and its employees in violation of federal laws, including assault, robbery, fraud, illegal drug offenses, and mail theft. Prior to working for USPIS, I gained investigative experience as a Special Agent with the Naval Criminal Investigative Service (NCIS) from September 2017 to December 2021. I have also completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, which included instruction on violations of federal, state, and local laws. Some of my experience comes from employment with the Dallas Police Department in 2007, where I conducted investigations into robbery, burglary, and theft. During my last sixteen years of experience as a law enforcement officer, I have conducted numerous criminal investigations and routinely reviewed telephone location information.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1708 (Theft or receipt of stolen mail generally) and 18 U.S.C. § 1028 (Fraud and related activity in connection with identification documents, authentication features, and information), have been committed by the unknown suspect

2

described herein. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. USPIS is investigating mail theft and identity theft regarding Victim, S.K., in violation of 18 U.S.C. § 1708 and § 1028, which occurred at 2751 24th Ave NW, Apartment 402, Norman, OK 73069. This apartment, which is part of the Terra at University North Park complex, is located within the Western District of Oklahoma.

6. On December 19, 2023, you Affiant interviewed S.K. regarding an unknown suspect making purchases, and attempted purchases, at Oklahoma City-area businesses with the use of S.K.'s personal information. S.K. stated that the address of 2751 24th Ave NW Apartment 402 Norman, OK 73069 is his former residence, and upon moving, did not forward his mail for approximately three weeks. The fraudulent purchases and attempted fraudulent purchases in S.K.'s name began after he moved from this apartment on or about October 20, 2023.

7. One attempted fraudulent purchase occurred at Harley Davidson Motorcycles Norman, Oklahoma, where the unknown suspect attempted to purchase a $48,000.00 motorcycle. The unknown suspect made online purchases at **VERIZON**, where an account was created in S.K.'s name, resulting in the purchase of two iPhone 15 Pro Max cell phones assigned call numbers **(405) 541-9014** and **(405) 655-3040**. The **SUBJECT PHONES**, along with service fees, resulted in a charge of approximately $3,360.00 to S.K. S.K. further advised during contact with **VERIZON** customer service,

**VERIZON** activated and shipped the **SUBJECT PHONES** on December 7, 2023, to his former address of 2751 24th Ave NW Apartment 402 Norman, OK 73069.

8. On January 3, 2024, your affiant conducted interviews with staff members of Harley Davidson Motorcycles Norman, Oklahoma. The staff provided records and video surveillance showing on December 8, 2023, an unknown black male entered the business and attempted to purchase a motorcycle using S.K.'s personal identifiers. While completing the financing application, the unknown suspect provided a fraudulent Oklahoma driver's license with the unknown suspect's photo, but S.K.'s information, and listed one of the **SUBJECT PHONE** numbers, **(405) 655-3040**.

9. Due to the aforementioned details, your affiant requests **VERIZON** data, further described in Attachment B, for the cell phones assigned call numbers **(405) 655-3040** and **(405) 541-9014**, for the time period from December, 7 2023, at 12:01 a.m. (CST) to January 10, 2024, at 11:59 p.m. (CST).

10. Based upon my training and experience, I have learned that individuals involved in theft often use cellular phones to maintain contact with co-conspirators and accomplices, such as getaway drivers, before, during, and after the commission of the crime. Such cell phones and their associated data commonly contain electronically stored information which constitutes evidence, fruits, and instrumentalities of robberies including, but not limited to, the phone directory and/or contacts list, calendar, text messages, call logs, photographs, messaging applications, location information, and videos.

11. In my training and experience, I have learned that **VERIZON** is a company that provides cellular telephone access to the general public. I also know that providers of

4

cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

12. Based on my training and experience, I know that **VERIZON** can collect cell-site data about the **SUBJECT PHONES**. I also know that wireless providers such as **VERIZON** typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes. In addition to the collection of cell-site data, I know that **VERIZON** can collect and retain E911 data, which is sometimes referred to as "latitude-longitude data" or "GPS data," which provides relatively more precise location information about wireless devices. Based on conversations with **VERIZON** Custodian of Records, GPS data and cell-site data is retained for approximately one year from the date of incident and can be retrieved by using the **SUBJECT PHONE** number.

13. Based on my training and experience, I know that wireless providers such as **VERIZON** typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as **VERIZON** typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the historical location of the **SUBJECT PHONES**, the user, and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

14. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

15. I further request that the Court direct **VERIZON** to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.

16. Because the warrant will be served on **VERIZON**, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Christopher Nicholson
Inspector
United States Postal Inspection Service
Oklahoma City, Oklahoma

Subscribed and sworn to before me on January 11th, 2024

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF OKLAHOMA

7

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephones assigned call numbers **(405) 541-9014 and (405) 655-3040** that is stored at premises controlled by **VERIZON**, headquartered at 1095 Avenue of the Americas, New York, New York, and legal processing offices located at 180 Washington Valley Road, Bedminster, NJ.

## ATTACHMENT B

### Particular Things to be Seized

I.   **Information to be Disclosed by Verizon ("Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the account listed in Attachment A for the time period from December 7, 2023, at 12:01 a.m. to January 10, 2024, at 11:59 p.m. Central Standard Time (CST).

   a. The following information about the customers or subscribers of the Accounts:

      i. Names (including subscriber names, usernames, and screen names);

      ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

      iii. Length of service (including start/end date) and types of service

      iv. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

      v. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

      vi. Dates and times orders placed/purchased, from what Verizon location, including recipient address information and tracking number if applicable;

     vii. IP address used for Verizon account creation and the ordering of iPhones assigned call numbers **(405) 541-9014** and **(405) 655-3040**;

    viii. Call detail records with cell site information;

     ix. SMS and Text message content to include photographs or video; and

      x. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

      i. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received; and

     ii. E911 data (also known as "latitude-longitude data" or "GPS data"

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, or instrumentalities of violations of 18 U.S.C. § 1708 (Theft or receipt of stolen mail generally) and 18 U.S.C. § 1028 (Fraud and related activity in connection with identification documents, authentication features, and information) during the time period from December 7, 2023, to January 10, 2024.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel

assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this warrant.